**LAW OFFICES**
**CHARLES A. GRUEN**
381 Broadway, Suite 300
Westwood, New Jersey  07675
Telephone No.: (201) 342-1212
Facsimile No.: (201) 342-6474
*Attorneys for Plaintiffs*
*Jane Doe 2 and Jane Doe 2*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE 1, and JANE DOE 2, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BLOOMBERG L.P., <br><br> Defendant. | Case No. 3:19-CV-09471 <br><br> *Document electronically filed* <br><br> **Return Date: August 19, 2019** <br><br> **NOTICE OF MOTION FOR THE *PRO HAC VICE* ADMISSION OF COUNSEL** |

TO:   BLOOMBERG L.P.
       100 Business Park Drive
       Skillman, New Jersey 08558

**PLEASE TAKE NOTICE** that on August 19, 2019, or on a date and time to be set by the Court, Plaintiffs, Jane Doe 1 and Jane Doe 2, individually and on behalf of others similarly situated (collectively "Plaintiffs"), by and through their attorneys, Law Offices of Charles A. Gruen (Michael Korik, Esq., appearing), will move before the United States District Court for the District of New Jersey for an Order admitting Artemio Guerra, Esq. and Dan Getman, Esq., as counsel *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c).

**PLEASE TAKE FURTHER NOTICE** that, in support of their Motion, Plaintiffs will rely upon the Statement of Michael Korik, Esq., pursuant to Local Civil Rule 7.1(d)(4); the Declarations of Artemio Guerra, Esq., Dan Getman, Esq. and Michael Korik, Esq.; and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant has not yet appeared in this matter.

Dated: July 18, 2019                    Respectfully,

 

Michael Korik, Esq. (MK0377)
Law Offices of Charles A. Gruen
381 Broadway, Suite 300
Westwood, New Jersey 07675
(201) 342-1212
*Attorneys for Plaintiffs,*
*Jane Doe 2 and Jane Doe 2*