IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN HUGHES et al., individually and on behalf of others similarly situated,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**BLOOMBERG L.P.,**<br><br>*Defendant*. | **Case No. 3:19-cv-09471-ZNQ-TJB** |

**NOTICE OF JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE THAT, upon the memorandum of law, Declaration of Matt Dunn, Esq., and all other documents submitted herewith, Plaintiffs Stefan Petkovic, John Hughes, and Rohan Vagle ("Current Named Plaintiffs"), individually and on behalf of all Opt-Ins and Class Members (collectively "Plaintiffs" or "Class Members"), and Defendant Bloomberg L.P. ("Bloomberg") (collectively with Plaintiffs, "Parties"), by and through their undersigned counsel, move this Court, pursuant to Federal Rule of Civil Procedure 23 and 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA"), for an order, ([Proposed] Order Granting the Parties' Motion for Final Approval of Class Settlement and Plaintiffs' Motion for Final Approval of Class Counsel's Fees and Costs and Service Awards) ("Final Approval Order"); and request the Court enter final judgment in this case as set forth in the Parties' ([Proposed] Final Judgment) ("Proposed Final Judgment") granting the following relief:

    (i)    granting final approval of the Settlement as memorialized in the Parties' Settlement Agreement and Exhibits (the "Settlement Agreement"), entering the Final Approval Order ruling that the Settlement Agreement is final, fair, reasonable, adequate and

|      |      |
|------|------|
|      | binding on all Qualified Class Members, and entering the Proposed Final Judgment, attached to the Settlement Agreement as Exhibits E and F; |
| (ii) | dismissing this case with prejudice, subject to the Court's retention of jurisdiction to oversee enforcement of the Settlement Agreement; |
| (iii) | granting final certification of the proposed Settlement Classes under Federal Rule of Civil Procedure 23(b)(3) in connection with the settlement process; |
| (iv) | granting final certification of the FLSA collective under 29 U.S.C. § 216(b) for settlement purposes; |
| (v) | confirming as final the appointment of Plaintiffs' counsel as Class Counsel; |
| (vi) | confirming as final the appointment of the Current Named Plaintiffs as Class Representatives; |
| (vii) | finding that the Class Notice was issued pursuant to this Court's Preliminary Approval Order, entered on March 25, 2024, and constituted the best notice practicable under the circumstances, was accomplished in all material respects, and fully met the requirements of Federal Rules of Civil Procedure 23, due process, the United States Constitution and any other applicable law; |
| (viii) | approving of and ordering that payment be made to Qualified Class Members according to the proposed plan of allocation and pursuant to the procedures set forth in the Settlement Agreement; |
| (ix) | approving of the Individual Releases for the Former Named Plaintiffs and the release of Released Claims, as defined in the Settlement Agreement, Sections 11.1 and 11.3, and the release of attorneys' fees and costs in Section 11.2 of the Settlement Agreement, all of which shall be binding on all Qualified Class |

  Members; and

(x) approving payment of the amount of any Settlement Checks that remain uncashed at the end of the Payout Period to Make the Road New Jersey and The Consortium for Worker Education as the Cy Pres Recipients in accordance with the terms of the Settlement Agreement.

  Class Counsel will separately file a Motion for Approval of Attorneys' Fees and Costs and Service Awards. *See* Dkt. 207 at ¶18.

Dated: June 28, 2024

| | |
|---|---|
| */s/ Michael Korik* | */s/ Maryssa A. Mataras* |
| Michael Korik | Maryssa A. Mataras |
| Law Offices of Charles A. Gruen | JONES DAY |
| 381 Broadway | 250 Vesey Street |
| Suite 300 | New York, NY 10281 |
| Westwood, NJ 07675 | Tel: (212) 329-3939 |
| Tel: (201) 342-1212 | Fax: (212) 755-7306 |
| Fax: (201) 342-6474 | mmataras@jonesday.com |
| mkorik@gruenlaw.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | *Bloomberg L.P.* |

3