IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN HUGHES et al., individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**BLOOMBERG L.P.**,<br><br>*Defendant*. | Case No. 3:19-cv-09471-ZNQ-TJB |

**FINAL JUDGMENT**

WHEREAS, on February 28, 2023, the Court conditionally certified an FLSA collective action;

WHEREAS, on March 12, 2024, the Court granted preliminary approval of the Settlement Agreement and Release between the above-captioned Parties in this Litigation (the "Agreement"), approved the form of the Notice of Class Action Settlement ("Class Notice"), and authorized the mailing of Class Notices to the Class Members ("Preliminary Approval Order");

WHEREAS, on July 9, 2024, the Court entered its Order Granting the Parties' Motion for Final Approval of Class Settlement and Plaintiffs' Motion for Final Approval of Class Counsel's Fees and Costs and Service Awards (the "Final Approval Order"), granting final approval to the Settlement;

1

WHEREAS, in the Final Approval Order, the Court found that the Settlement is fair, reasonable, and adequate within the meaning of Federal Rule of Civil Procedure 23(e), the Fair Labor Standards Act, and all other applicable law;

WHEREAS, the Court has found that the Class Notices sent to the Class Members (as defined in the Agreement) fairly and adequately informed the Class Members of the terms of the Settlement, was consistent with Federal Rule of Civil Procedure 23 and due process, and was given in the manner prescribed by the Agreement and the Preliminary Approval Order; and

WHEREAS, in the Final Approval Order, the Court approved the Settlement Administrator to make payments and distributions and take all measures described in the Agreement as called for in the Final Approval Order;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

This Court hereby enters final judgment in this case approving the Agreement as fair, reasonable, and adequate, and dismisses this case with prejudice, in accordance with the terms of the Agreement and the Final Approval Order.

Class Members (as defined in the Agreement) received Notice under Rule 23(c)(2) and the Court finds them to be Class Members bound by this Final Judgment with the exception of any Non-Participating Class Members (as defined in the Agreement).

Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the Current and Former Named Plaintiffs (as defined in the Agreement), all other Qualified Class Members, and the Defendant for the purpose of enforcing the Agreement, addressing settlement administration disputes, and

addressing such post-judgment matters as may be appropriate under Court rules or applicable law.

It is so ORDERED this 9th day of July, 2024.

Honorable Tonianne J. Bongiovanni
United States Magistrate Judge